Same case below, 418 Fed. Appx. 597.

Same case below, 2010 UT App 269.

**No. 11-59. Isaac A. Isaiah, Petitioner v. Western Maryland Hospital System, et al.**

565 U.S. 880, 132 S. Ct. 247, 181 L. Ed. 2d 142, 2011 U.S. LEXIS 5336.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 420 Fed. Appx. 301.

**No. 11-60. Gunder's Auto Center, Petitioner v. State Farm Mutual Automobile Insurance Company.**

565 U.S. 880, 132 S. Ct. 247, 181 L. Ed. 2d 142, 2011 U.S. LEXIS 5449.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 422 Fed. Appx. 819.

**No. 11-61. Tri M. Pham, Petitioner v. Texas.**

565 U.S. 880, 132 S. Ct. 247, 181 L. Ed. 2d 142, 2011 U.S. LEXIS 5289.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Fourteenth District, denied.

Same case below, 324 S.W.3d 869.

**No. 11-62. Rosalind E. Cazares and Adrian Jefferson, Petitioners v. Pamela Cosby.**

565 U.S. 881, 132 S. Ct. 247, 181 L. Ed. 2d 142, 2011 U.S. LEXIS 5431,

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Utah denied.

**No. 11-63. Shell Petroleum N.V., et al., Petitioners v. Esther Kiobel, Individually and on Behalf of Her Late Husband, Dr. Barinem Kiobel, et al.**

565 U.S. 881, 132 S. Ct. 248, 181 L. Ed. 2d 142, 2011 U.S. LEXIS 5485.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 621 F.3d 111.

**No. 11-65. Gregory R. Fenner, Petitioner v. Commissioner of Social Security.**

565 U.S. 881, 132 S. Ct. 248, 181 L. Ed. 2d 142, 2011 U.S. LEXIS 5372.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-66. Joe Alfred Izen, Jr., Petitioner v. Commission on Lawyer Discipline.**

565 U.S. 881, 132 S. Ct. 248, 181 L. Ed. 2d 142, 2011 U.S. LEXIS 5584.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, First District, denied.

Same case below, 322 S.W.3d 308.

**No. 11-68. Paul Gargano, et ux., Petitioners v. Thomas Graves Landing Condominium Trust, et al.**

565 U.S. 881, 132 S. Ct. 248, 181 L. Ed. 2d 142, 2011 U.S. LEXIS 5415.

October 3, 2011. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

142